1  Scott A. Bursor
   LAW OFFICES OF SCOTT A. BURSOR
2  369 Lexington Avenue, 10th Floor
   New York, NY 10017
3  Telephone: (212) 989-9113
   Facsimile: (212) 989-9163
4
   Anthony Vozzolo
5  Christopher Marlborough
   FARUQI & FARUQI, LLP
6  369 Lexington Avenue, 10th Floor
   New York, New York 10017
7  Telephone: (212) 983-9330
   Facsimile: (212) 983-9331
8
   Alan R. Plutzik (State Bar No. 077785)
9  L. Timothy Fisher (State Bar No. 191626)
   BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
10 2125 Oak Grove Road, Suite 120
   Walnut Creek, CA 94598
11 Telephone: (925) 945-0200
   Facsimile: (925) 945-8792
12
   *Attorneys for Plaintiff James Thomas*
13

14                 UNITED STATES DISTRICT COURT

15                 NORTHERN DISTRICT OF CALIFORNIA

16 JAMES THOMAS, on behalf of himself and all
   those similarly situated,                    CASE NO. CV-08-5581 WDB
17                                              HON. WAYNE D. BRAZIL
                          Plaintiff,
18
            v.                                  JOINT STIPULATION AND [PROPOSED]
19                                              ORDER TO REMAND
   GLOBAL VISION PRODUCTS, INC.,
20 ANTHONY IMBRIOLO, DERRIKE COPE,
   DAVID L. GORDON, POWERTEL
21 TECHNOLOGIES, INC., CRAIG DIX, HENRY
   EDELSON and ROBERT DEBENEDICTIS,
22
                          Defendants.
23

24
       The parties, through their respective counsel, stipulate as follows:
25
       1.    On April 11, 2003, plaintiff filed his original complaint in the Superior Court of
26

27

28

---

JOINT STIPULATION AND [PROPOSED ORDER] TO REMAND                                    - 1 -

1 California, County of Alameda against Global Vision Products, Inc. ("Global"), Anthony Imbriolo ("Imbriolo"), Derrike Cope ("Cope"), David L. Gordon ("Gordon"), Powertel Technologies, Inc. ("Powertel") and Craig Dix ("Dix") (the "State Action").

2. On December 22, 2005, plaintiff filed a Third Amended Complaint asserting violations of the CLRA and the UCL against Robert DeBenedictis ("DeBenedictis") and Henry Edelson ("Edelson"), in addition to the defendants named in the original State Action.

3. On or about December 15, 2008, DeBenedictis filed a Notice of Removal of the Claims against him in the State Action ("the "Notice of Removal") pursuant to 28 U.S.C. §1452. The Notice of Removal was joined by defendant Edelson.

4. On December 31, 2008, Plaintiff filed a motion pursuant to Civil Local Rule 6-3 for an order shortening time ("Motion for Order Shortening Time") for briefing and hearing on plaintiff's motion for abstention or remand of the California State Action and for the payment of plaintiff's attorneys' fees.

5. On January 6, 2009, defendant DeBenedictis filed an opposition to plaintiff's Motion for Order Shortening Time stating that to the extent this Court deems it necessary or helpful, DeBenedictis would stipulate that only the claims against him were intended for removal and, to the extent that claims against other parties, including Global, Imbriolo, Cope, Gordon, Powertel or Dix, have been inadvertently removed, they may be remanded without the need for a motion (the "Resolved Claims").

6. The parties hereby stipulate to remand the above-captioned action to State Court as to all claims other than those relating to defendants DeBenedictis and Edelson, without prejudice to any Abstention or Remand motion.

Dated:_____                              LECLAIRRYAN LLP

                                                By:_____
                                                    Peter M.. Hart
                                                *Attorney for Defendant, Robert DeBenedictis*

| | |
|---|---|
| 1  Dated:_____ | KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP |
| 2 | |
| 3 | By:_____<br>Thomas Harlan Sloan, Jr. |
| 4 | *Attorney for Defendant, Henry Edelson* |
| 5 | |
| 6  Dated:_____ | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 7 | |
| 8 | By:_____<br>L. Timothy Fisher |
| 9 | |
| 10 | *Attorneys for Plaintiff James Thomas* |
| 11 | --AND-- |
| 12 | |
| 13 | Scott A. Bursor<br>LAW OFFICES OF SCOTT A. BURSOR |
| 14 | |
| 15 | Anthony Vozzolo<br>Christopher Marlborough<br>FARUQI & FARUQI, LLP |
| 16 | |
| 17 | *Attorneys for Plaintiff James Thomas* |

1  [~~PROPOSED~~] ORDER

2  Pursuant to the parties stipulation the Resolved Claims, as defined above, are severed and remanded to the California Superior Court. This Order shall not affect the claims by plaintiff relating to defendants DeBenedictis and Edelson.

Dated: 2/2, 2009

WAYNE D. BRAZIL
United Stated Magistrate Judge