Scott A. Bursor
LAW OFFICES OF SCOTT A. BURSOR
369 Lexington Avenue, 10th Floor
New York, NY 10017
Telephone: (212) 989-9113
Facsimile: (212) 989-9163

Anthony Vozzolo
Christopher Marlborough
FARUQI & FARUQI, LLP
369 Lexington Avenue, 10th Floor
New York, New York 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

Alan R. Plutzik (State Bar No. 077785)
L. Timothy Fisher (State Bar No. 191626)
BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
2125 Oak Grove Road, Suite 120
Walnut Creek, CA 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES THOMAS, on behalf of himself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL VISION PRODUCTS, INC., ANTHONY IMBRIOLO, DERRIKE COPE, DAVID L. GORDON, POWERTEL TECHNOLOGIES, INC., CRAIG DIX, HENRY EDELSON and ROBERT DEBENEDICTIS,<br><br>Defendants. | Case No. CV-08-05581 WDB<br>ORDER ON<br>**STIPULATION RE MEET AND CONFER AND ADR DEADLINES** |

STIPULATION RE MEET AND CONFER AND ADR DEADLINES
CASE NO. CV-08-05581-WDB
57662

## STIPULATION

WHEREAS, defendant Robert DeBenedictis filed a notice of removal of the above-entitled action on December 15, 2008;

WHEREAS, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines on December 15, 2008 requiring the parties to meet and confer re: initial disclosures, early settlement, ADR process selection, and a discovery plan by March 3, 2009;

WHEREAS, the December 15, 2008 order requires the parties to file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by March 3, 2009;

WHEREAS, plaintiff James Thomas filed a motion for abstention or remand on January 23, 2009;

WHEREAS, the Court is scheduled to hear plaintiff's motion for abstention or remand on March 18, 2009 at 1:30 p.m.; and

WHEREAS, the parties seek to postpone their meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan and the deadlines to file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference until after the Court rules on the motion for abstention or remand.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by plaintiff James Thomas and defendants Robert DeBenedictis and Henry Edelson and their respective counsel as follows:

1. The deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan shall be continued to two weeks after the Court issues its order on plaintiff's motion for abstention or remand.

2. The deadline for the parties to file an ADR Certification and either a Stipulation to ADR Process or Notice of Need for ADR Phone Conference shall also be continued to two weeks after the Court issues its order on plaintiff's motion for abstention or remand.

STIPULATION RE MEET AND CONFER AND ADR DEADLINES                                                                1
CASE NO. CV-08-05581-WDB
57662

| | | |
|---|---|---|
| Dated: March 3, 2009 | | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | | Alan R. Plutzik (State Bar No. 077785) |
| | | L. Timothy Fisher (State Bar No. 191626) |
| | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA  94598 |
| | | Telephone: (925) 945-0200 |

By:_____/s/_____
L. Timothy Fisher

Attorneys for Plaintiff James Thomas

Dated: March 3, 2009            KRIEG KELLER SLOAN REILLY & ROMAN, LLP
                                Sharon Lai (State Bar No. 249122)
                                114 Sansome Street, 4th Floor
                                San Francisco, CA  94104
                                Telephone:  (510) 594-7600

By:_____/s/_____
Sharon Lai

Attorneys for Defendant Henry Edelson

Dated: March 3, 2009            LECLAIR RYAN
                                Peter M. Hart (State Bar No. 107920)
                                44 Montgomery Street, 18th Floor
                                San Francisco, CA  94104
                                Telephone:  (415) 391-7111

By:_____/s/_____
Peter M. Hart

Attorneys for Defendant Robert DeBenedictis

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Wayne D. Brazil]

STIPULATION RE MEET AND CONFER AND ADR DEADLINES                                2
CASE NO. CV-08-05581-WDB
57662

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, L. Timothy Fisher, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 3rd day of March, 2009 at Walnut Creek, California.

/s/ L. Timothy Fisher