**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7          UNITED STATES DISTRICT COURT

8          NORTHERN DISTRICT OF CALIFORNIA

9

10   JAMES THOMAS                          No. C 08-5581 WDB

11                   Plaintiff,            **ORDER DIRECTING CLERK TO**
                                           **CLOSE FILE AND REMAND ACTION**
12        v.                               **TO STATE COURT**

13   GLOBAL VISION PRODUCTS, INC.,
14   et al.,

15                   Defendants.
     _____/
16
            Pursuant to the Court's March 20, 2009, Order Granting Motion for

17   Abstention or Remand and Denying Motion for Sanctions, the Court ORDERS the

18   Clerk of the Court to close the case file for Case number 08-5581 WDB and to

19   remand the action to the state court.

20   IT IS SO ORDERED.

21   Dated:  March 23, 2009
                                           _____
22                                         WAYNE D. BRAZIL
                                           United States Magistrate Judge
23
24
25
26
27
28

                                    1